

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00827-CV

Les **GRIFFIN** and Molly Griffin,
Appellants

v.

**PST INVESTMENT GROUP, LLC**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19541C
Honorable Susan Harris, Judge Presiding

# O R D E R

A copy of the notice of appeal by appellants was filed in this court on November 22, 2019. On that date, the clerk of the court notified the appellants in writing that our records do not reflect that the filing fee in the amount of $205.00 was paid and that the fee was required to be paid or the appeal could be stricken by the court. To date, the fee has not been paid. In addition, the appellants' docketing statement has not been filed. Our record contains no evidence that appellants are excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1.

Accordingly, it is ORDERED that appellants show cause in writing **within ten (10) days** of the date of this order that either: (1) the $205.00 filing fee has been paid and the docketing statement has been filed; or (2) appellants are entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellants fail to respond within the time provided, the appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court